**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-04981-BLF<br><br>**ORDER APPOINTING PYRAMID HOLDINGS, INC. AS INTERIM LEAD PLAINTIFF; AND APPOINTING ABRAHAM, FRUCHTER & TWERSKY, LLP AS INTERIM LEAD COUNSEL** |
| PYRAMID HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-05068-BLF |
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>    Plaintiff,<br><br>v.<br><br>SUNEDISON, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-02267-BLF |
| ANTON S. BADRI,<br><br>    Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-02269-BLF |

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, | Case No. 16-cv-02270-BLF |
| Plaintiff, | |
| v. | |
| TERRAFORM GLOBAL, INC., et al., | |
| Defendants. | |
| MITESH PATEL, | Case No. 16-cv-02272-BLF |
| Plaintiff, | |
| v. | |
| TERRAFORM GLOBAL, INC., et al., | |
| Defendants. | |
| SIMON FRASER, | Case No. 16-cv-02273-BLF |
| Plaintiff, | |
| v. | |
| TERRAFORM GLOBAL, INC., et al., | |
| Defendants. | |

The Furia Investment Fund and Pyramid Holdings, Inc. filed motions seeking appointment as Lead Plaintiff, and appointment of their attorneys as Lead Counsel, in these related cases. Furia withdrew its motion on June 1, 2016. Although Pyramid now is the only applicant for Lead Plaintiff, the Court concludes that it would be premature to grant Pyramid's motion and order the filing of a consolidated complaint at this time given the pendency of motions to remand and/or motions to transfer in each of the related cases.

Accordingly, the Court hereby APPOINTS Pyramid as Interim Lead Plaintiff, and APPOINTS Pyramid's attorneys, Abraham, Fruchter & Twersky, LLP, as Interim Lead Counsel, pending disposition of the pending motions to remand and motions to transfer.

Pyramid's Lead Plaintiff/ Lead Counsel motions (ECF 28 in *Beltran*, ECF 6 in *Pyramid*) are hereby TERMINATED. Pyramid may seek permanent appointment of Lead Plaintiff and Lead

2

Counsel, if appropriate, following disposition of the pending motions to remand and motions to transfer.

**IT IS SO ORDERED.**

Dated:  June 2, 2016

_____
BETH LABSON FREEMAN
United States District Judge