UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUNEDISON, INC. SECURITIES LITIGATION<br><br>This Document Applies to:<br><br>*In re TerraForm Global, Inc. Securities Litigation,* No. 1:16-cv-07967-PKC, and consolidated cases | No. 1:16-md-02742-PKC |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF THE SETTLEMENT, AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that, upon the accompanying memoranda of law, the accompanying Declaration of Lawrence D. Levit In Support of Plaintiffs' Motion For Final Approval of the Settlement, Award of Attorneys' Fees and Reimbursement of Expenses, the exhibits annexed thereto, and any additional papers as may be submitted to the Court before and at the hearing on this motion, Plaintiffs will move this Court, before the Honorable P. Kevin Castel, on April 27, 2018 at 2:30 p.m. in Courtroom 11D of the United States District for the Southern District of New York, 500 Pearl Street, New York, New York, 10007-1312, or as soon thereafter as the parties can be heard, for an Order granting final approval of the proposed class action settlement and an Order awarding Plaintiffs attorneys' fees and reimbursement of expenses, and for such further relief as is just. Attached hereto are proposed Orders.

Dated: March 16, 2018

Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

/s/ *Jack G. Fruchter*
JACK G. FRUCHTER
MITCHELL M.Z. TWERSKY
LAWRENCE D. LEVIT
CASSANDRA L. PORSCH

One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
*jfruchter@aftlaw.com*
*mtwersky@aftlaw.com*
*llevit@aftlaw.com*
*cporsch@aftlaw.com*

– and –

IAN D. BERG (admitted *pro hac vice*)
TAKEO A. KELLAR (admitted *pro hac vice*)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
*iberg@aftlaw.com*
*tkellar@aftlaw.com*

*Attorneys for Lead Plaintiff Pyramid Holdings, Inc. and Lead Counsel for the Class*

**ROBBINS ARROYO, LLP**
Brian James Robbins
George C. Aguilar
600 "B" Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 625-3991
*brobbins@robbinsarroyo.com*
*gaguilar@robbinsarroyo.com*

*Attorneys for Plaintiff Iron Workers Mid-South Pension Fund*

**GLANCY PRONGAY & MURRAY LLP**
Ex Kano S. Sams II
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*esams@glancylaw.com*
*lglancy@glancylaw.com*

*Attorneys for Plaintiff Simon Fraser*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

s/ Lawrence D. Levit
LAWRENCE D. LEVIT

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
Fax: 212/279-3655
E-mail: llevit@aftlaw.com